IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LAURINO, ET AL<br><br>                      Plaintiffs,<br><br>       v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>                      Defendant. | Case No. 1:18-cv-00636-LJO-SAB<br><br>ORDER GRANTING REQUEST FOR MODIFICATION OF THE SCHEDULING ORDER<br><br>(ECF No. 20) |

On April 16, 2019, the United States has submitted a request to modify the scheduling order in this matter. The request asserts that opposing counsel have no opposition to the request. Good cause appearing, Defendant's request to modify the scheduling order is GRANTED. The scheduling order in this case (ECF 15) is hereby modified as follows:

    Fact Discovery: September 30, 2019

    Expert Witness Disclosure: October 18, 2019

    Supplemental Expert Witness Disclosure: November 22, 2019

    Expert Discovery Cutoff: January 31, 2020

    Dispositive Motion Filing Deadline: February 28, 2020

    Pretrial Conference: April 29, 2020 at 8:15 a.m., Courtroom 4

    Bench Trial: June 16, 2020 at 8:30 a.m., Courtroom 4

    All remaining provisions of the scheduling order (ECF 15) remain in effect.

IT IS SO ORDERED.

Dated: **April 18, 2019**

                                                     UNITED STATES MAGISTRATE JUDGE