IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LAURINO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | CASE NO. 1:18-cv-00636-LJO-SAB <br><br> ORDER GRANTING APPLICATION TO SHORTEN TIME <br><br> (ECF No. 23) |

On September 27, 2019, the United States filed a motion to amend the scheduling order and an application to hear the motion on shortened time. Good cause appearing, IT IS HEREBY ORDERED that:

1. The United State's application to shorten time is GRANTED;

2. Plaintiffs shall file an opposition to the motion to modify the scheduling order or a statement of non-opposition on or before **October 2, 2019**;

3. A reply, if any, shall be filed on or before **October 4, 2019**; and

4. The matter shall be heard on **October 9, 2019, at 10:00 a.m.** in Courtroom 9 before the undersigned.

IT IS SO ORDERED.

Dated: **September 30, 2019**

UNITED STATES MAGISTRATE JUDGE

1