# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LAURINO, et al., | Case No. 1:18-cv-00636-LJO-SAB |
| Plaintiffs, | ORDER VACATING NOVEMBER 27, 2019 HEARING ON DEFENDANT'S MOTION TO COMPEL DISCOVERY |
| v. | |
| UNITED STATES POSTAL SERVICE, | (ECF No. 29) |
| Defendant. | |

Currently before the Court is Defendant's motion to compel discovery responses which is set for hearing on November 27, 2019. (ECF No. 29.) The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on November 27, 2019, shall be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **November 25, 2019**

UNITED STATES MAGISTRATE JUDGE

1