# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LAURINO, et al., | Case No. 1:18-cv-00636-LJO-SAB |
| Plaintiffs, | ORDER DENYING MOTION TO COMPEL AS MOOT, VACATING DECEMBER 18, 2019 HEARING, AND GRANTING STIPULATION FOR DEPOSITION OF MANUAL JURADO, JR. |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | (ECF Nos. 32, 34) |

On November 27, 2019, the United States filed a motion to compel the deposition of Manuel Jurado, Jr. (ECF No. 32.) On December 10, 2019, a stipulation was filed stating that the parties had resolved the motion to compel by agreeing for Manuel Jurado, Jr. to appear for a deposition on December 20, 2019. Based on the stipulation for Manuel Jurado, Jr. to appear for deposition, the Court finds that the pending motion to compel is moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Manuel Jurado, Jr., SHALL APPEAR for a deposition on **December 20, 2019, at 11:30 a.m., at the U.S. Attorney's Office, 2500 Tulare Street, Suite 4401, Fresno, California**;

2. The hearing set for December 18, 2019 in Courtroom 9 on Defendant's motion to compel the deposition of Manuel Jurado, Jr. is VACATED and the parties need not appear on that date;

3.   Defendant's motion to compel the deposition of Manuel Jurado, Jr. is DENIED AS MOOT; and

4.   Manual Jurado, Jr. is advised that the failure to comply with this order may result in the issuance of sanctions should he fail to appear for the scheduled deposition.

IT IS SO ORDERED.

Dated:   **December 10, 2019**

UNITED STATES MAGISTRATE JUDGE