# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LAURINO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 1:18-cv-00636-NONE-SAB<br><br>ORDER VACATING PENDING DATES AND SETTING SETTLEMENT CONFERENCE AND STATUS CONFERENCE<br><br>(ECF Nos. 39, 40, 41) |

On February 18, 2020, the Court held a telephonic conference call with the parties to discuss modification of the scheduling order to accommodate the setting of a settlement conference in this matter. (ECF No. 41.) Stuart Chandler and Denis Delja appeared on behalf of Plaintiffs, and Philip Scarborough appeared on behalf of Defendant. (Id.) The Court and the parties concluded the most prudent course of action is to vacate all pending dates and deadlines in this matter, schedule a settlement conference, and schedule a status conference to be held after the settlement conference has occurred.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. A settlement conference is hereby scheduled for April 1, 2020, at 9:30 a.m. in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe, who

will issue a subsequent order setting forth her requirements prior to the scheduled settlement conference;

3. A status conference is hereby scheduled for May 1, 2020, at 11:00 a.m. in Courtroom 9 before the undersigned; and

4. The parties shall file a joint status report on the status of settlement negotiations and the need for further scheduling in this matter seven (7) days prior to the status conference.

IT IS SO ORDERED.

Dated: __**February 18, 2020**__

UNITED STATES MAGISTRATE JUDGE