# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LAURINO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Case No. 1:18-cv-00636-NONE-SAB <br><br> ORDER VACATING MAY 1, 2020 STATUS CONFERENCE AND MODIFYING SCHEDULING ORDER <br><br> (ECF No. 52) |

On February 18, 2020, following an informal teleconference with the parties, the Court issued an order setting a settlement conference before United States Magistrate Judge Barbara A. McAuliffe. (ECF No. 41.) The order also vacated all pending deadlines, set a post-settlement conference status conference to occur before the undersigned on May 1, 2020, and ordered the parties to provide a joint status report regarding the status of settlement within one week of the status conference. (Id.) On April 22, 2020, the settlement conference was held but the parties did not reach settlement. (ECF No. 51.) On April 24, 2020, the parties filed a joint status report confirming the parties did not reach settlement and setting forth the parties' scheduling dates and deadlines. (ECF No 52.) The parties proffer that non-expert fact discovery has been completed and thus only expert discovery deadlines are needed. (Id.)

///

///

1

Based on the foregoing, IT IS HEREBY ORDERED that the status conference scheduled for May 1, 2020, at 11:00 a.m. in Courtroom 9 before the undersigned, is VACATED. It is FURTHER ORDERED that the scheduling order is modified as follows:

1. Expert Disclosure Deadline: June 12, 2020;
2. Supplemental Expert Disclosure Deadline: July 10, 2020;
3. Expert Discovery Deadline: September 4, 2020;
4. Dispositive Motion Filing Deadline: October 9, 2020;
5. Pretrial conference on March 11, 2021, at 8:30 a.m., in Courtroom 4[1];
6. All other aspects of the September 27, 2018 scheduling order, as previously modified, shall remain in effect, except that Judge Lawrence J. O'Neill will not be the dispositive, pretrial or trial judge in the case, as indicated in the February 3, 2020 order unassigning district judge and attached standing order in light of ongoing judicial emergency. (ECF Nos. 38, 38-1.)

IT IS SO ORDERED.

Dated:   **April 24, 2020**

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' joint status report and proposed order indicate that the pretrial conference and trial date should be set by future order pursuant to the February 3, 2020 order unassigning district judge. (ECF Nos. 38-1, 52.) However, the order unassigning district judge specified that pre-trial conferences are still to be scheduled, but trial dates will not be scheduled. (ECF No. 38-1 at 4.) Accordingly, this order sets a date for a pretrial conference.