PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LAURINO, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>                Defendant. | NO.  1:18-CV-00636-NONE-SAB<br><br>ORDER CONTINUING STATUS CONFERENCE<br><br>JUDGE:     Hon. Dale A. Drozd |

    Counsel for the United States requests that the Court continue the status conference, currently set for October 1, 2021, at 8:30 a.m., to accommodate a scheduling conflict.  Good cause appearing, the request is GRANTED.  The status conference currently set for October 1, 2021, at 8:30 a.m., is continued to October 8, 2021, at 1:30 p.m., in Courtroom 4 before the undersigned.

IT IS SO ORDERED.

Dated:  **September 17, 2021**           /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE

1