PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA LAURINO, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>              Defendant. | CASE NO. 1:18-CV-00636-JLT-SAB<br><br>ORDER |

[Proposed] Order                    1

Pending before the Court is a request from the United States to extend, by 15 days, the deadline to file case dispositive documents with respect to the settlement between the United States and plaintiffs Patricia Jurado, Joel Jurado, and Manuel Jurado, Jr. (the "Jurado Plaintiffs").  Good cause appearing, the request is GRANTED.

On May 23, 2022, the parties participated in a settlement conference with the Court which resulted in two settlements, one with each of the two groups of plaintiffs.  *See* ECF 79.  The terms of each settlement were placed on the record, and the Court ordered the parties to file case dispositive documents within 30 days.  *See id.*  A joint stipulation resolving the claims asserted by plaintiffs Maricela Laurino, Irma Jurado, Vivian Jurado, and Yvette Jurado (the "Laurino Plaintiffs") was filed on the docket on June 24, 2022.  *See* ECF 80.  The only claims that require disposition therefore are those asserted by the three Jurado Plaintiffs.

The United States represents that it transmitted final settlement paperwork to counsel for the Jurado Plaintiffs on May 25, 2022, and has sent inquiries regarding the status of that paperwork but has received no response.

Accordingly, the deadline for the Jurado Plaintiffs and the United States to file case dispositive documents is CONTINUED to July 8, 2022.

IT IS SO ORDERED.

Dated:  June 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE